No. 87–510. MIAMI HERALD PUBLISHING CO. *v.* HAGLER ET AL.; and MIAMI HERALD PUBLISHING CO. *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motion of respondent John W. Hagler for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–5528. SMITH *v.* OKLAHOMA. Ct. Crim. App. Okla.;

No. 87–5538. JONES *v.* BAIR, SUPERINTENDENT, MECKLENBURG CORRECTIONAL CENTER. Sup. Ct. Va.; and

No. 87–5562. ZUNIGA *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–1899. POLYAK *v.* STACK ET AL., *ante,* p. 801;

No. 86–1933. HELLER *v.* CONSOLIDATED RAIL CORPORATION ET AL., *ante,* p. 824;

No. 86–2071. VERDERBER *v.* CANTELLO PLUMBING CORP., *ante,* p. 831;

No. 86–6705. BALL *v.* WHITE, WARDEN, ET AL., *ante,* p. 832;

No. 86–6907. BRUMBAUGH *v.* BRUMBAUGH, *ante,* p. 834;

No. 86–6941. BYRD *v.* MISSOURI, *ante,* p. 872;

No. 86–6982. HADDIX *v.* CITY OF DAYTON, *ante,* p. 837;

No. 86–7016. REITER *v.* CROSIER ET AL., *ante,* p. 839;

No. 86–7020. BROWN *v.* DYKE ET AL., *ante,* p. 839;

No. 86–7047. HAYWOOD *v.* MASSEY ET AL., *ante,* p. 840;

No. 86–7058. WITHERSPOON *v.* W. R. GRACE & CO., *ante,* p. 841;

No. 86–7119. LATSHAW *v.* MCA, INC., *ante,* p. 843;

No. 87–128. POSTEL *v.* TEXAS WATER DEVELOPMENT BOARD ET AL., *ante,* p. 851;

No. 87–177. QUAST *v.* QUAST, *ante,* p. 853;

No. 87–5273. NAKAGAWA *v.* COLORADO, *ante,* p. 803; and

No. 87–5435. IN RE CALLANAN, *ante,* p. 894. Petitions for rehearing denied.